UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

*******************************************

| | | |
|---|---|---|
| **KAREN PRICE,** | * | CIVIL ACTION NO. |
| | * | 16-16396-I |
| **Plaintiff** | * | |
| | * | |
| Versus | * | JUDGE LANCE M. AFRICK |
| | * | |
| **ACADIAN AMBULANCE SERVICE, INC.** | * | |
| | * | MAGISTRATE JUDGE JOSEPH |
| **Defendant** | * | C. WILKINSON |
| | * | |

*******************************************

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Karen Price and Defendant Acadian Ambulance Service Inc. hereby stipulate and agree that this matter has been resolved and, accordingly, request dismissal any and all claims made in the above caption matter with prejudice, each party to bear its own costs and attorney fees.

| | |
|---|---|
| */s/ Scott D. Wilson* | */s/ Monique Gougisha Doucette* |
| Scott D. Wilson, La. Bar No. 19835 | Monique Gougisha Doucette |
| A Professional Law Corporation | La. Bar No. 28057 |
| 533 Europe Street | 701 Poydras Street, Suite 3500 |
| Baton Rouge, LA  70802 | New Orleans, LA  70139 |
| Telephone: (225)388-9788 | Telephone: (504) 648-3842 |
| Facsimile: (225) 344-1200 | Facsimile: (504) 989-0441 |
| Email: sdwilsonlaw@aol.com | Email: Monique.gougisha@ogletree.com |
| | |
| Attorney for Plaintiff Karen Price | Attorney for Defendant Acadian Ambulance Service Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Case Filing/Case Management System, this 26th day of July, 2017.

/s/ Monique Gougisha Doucette

30653247.1